In the Matter of the Petition of JAMES E. DOHERTY to Prove the Last Will and Testament of MARY D. SLATER, Deceased. CATHERINE GARTLAND, as General Guardian and Trustee of MARGARET GARTLAND, an Infant, Devisee in the Alleged Will, Appellant; MABEL CULVER and Others, Heirs at Law and Next of Kin of Decedent, Respondents.■■Decree of the Surrogate's Court of Queens county denying probate to a paper propounded as the will of Mary D. Slater, deceased, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MUSSETTE KANE, as Executrix, etc., of WILLIAM E. KANE, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order reversed upon he law and the facts and a new trial granted, costs to abide the event. The court committed prejudicial error in receiving in evidence defendant's Exhibits C, J, K, L and I. There was also error in the court's rulings at folios 330, 332, 393, 397, 398 and 399. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

GUISEPPA MANNINO, as Administratrix, etc., of JOSEPH MANNINO, Deceased, Respondent, v. RICHMOND HILL BUS LINE, INC., Appellant, and LUIGI BASILE, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Carswell, Scudder and Tompkins, JJ.

WILLIAM MOELLER, Respondent, v. MANHATTAN PIE BAKING COMPANY and SHEFFIELD FARMS Co., INC., Appellants.— Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MUNICIPAL METALLIC BED MANUFACTURING CORPORATION, Respondent, v. DAVID DOBBS, Appellant, and SARAH LITTMAN and Another, Defendants. (Appeals Nos. 3 and 4.) — Order dated April 28, 1930, denying motion of defendant Dobbs to resettle order of April 16, 1930, reversed upon the law and the facts, without costs, and motion to resettle granted, without costs. Appellant was entitled to have the documents recited in his notice of motion incorporated in the order of April sixteenth. Order dated April 16, 1930, as so resettled, granting plaintiff's motion to vacate order of March 15, 1930, and reinstating attachment, affirmed with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.